# United States District Court

For the Western District of Texas
Austin Division

AUSA Gardner

**FILED**
November 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____VAR_____
DEPUTY

United States of America,
v.
**Diego Lopez-Segundo**
Aka: Diego Lopezsegundo,
X Unknown

§
§
§
§
§
§
§

Case Number: **1:25-MJ-01087-SH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **November 10**, **2025**, in the county of **Travis**, in the Western District of Texas, the defendant, **Diego Lopez-Segundo**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **November 10, 2025,** the defendant, an alien, was found in the Travis County Jail, in Austin Texas, within the Western District of Texas. A deportation officer lodged a detainer after identifying the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **March 04**, **2018**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (B. Hayman)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**November 17, 2025**                                        Austin, Texas
_____  at  _____
Date                                                                      City and State

Susan Hightower
United States Magistrate Judge
_____       _____
Name & Title of Judicial Officer                             Signature of Judicial Officer